1

2

3

4

5

6

7

8

9

10

11

12

13

14

FILED
CLERK, U.S. DISTRICT COURT

JUN - 4 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 15 mj 00997 |
| Plaintiff, | ) |
| v. | ) ORDER [OF DETENTION] [SETTING |
| Estuardo Cesielski | ) CONDITIONS OF RELEASE] AFTER |
| | ) HEARING (18 U.S.C. §3148(b): |
| Defendant. | ) (Allegations of Violation of Pretrial |
| | ) Conditions of Release) |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

B.

The court finds there is:

(1)

(A)   (X)   Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release and/or

(B)   ( )   Clear and convincing evidence that the defendant has violated

1    any other condition of release; and

2  (2)  (A)  (X)  Based on the factors set forth in 18 U.S.C. §3142(g), there is no
3    condition or combination of conditions of release that will
4    assure that the defendant will not flee or pose a danger to the
5    safety or any other person or the community; or

6    (B)  ( )  The defendant is unlikely to abide by any condition or
7    combination of conditions of release.

8  (3)    ( )  There is probable cause to believe that, while on release, the
9    defendant committed a Federal, State, or local felony, and the
10    presumption that no condition or combination of conditions
11    will assure that the person will not pose a danger to the safety
12    of any other person or the community has not been rebutted.

13    OR

14  (4)    ( )  The court finds that there are conditions of release that will
15    assure that the defendant will not flee or pose a danger to the
16    safety any other person or the community, and that the
17    defendant will abide by such conditions. See separate Order
18    setting conditions.

19    ( )  It is further ordered that this order is stayed for 72 hours in order
20    to allow the Government to seek review from the assigned
21    district judge or criminal duty district judge as appropriate.

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

2

**OR**

C.

( )   IT IS ORDERED defendant be detained prior to trial.

DATED: 6/4/15

UNITED STATES MAGISTRATE JUDGE

3